■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEVIN CROWDER, Defendant. [25 NYS3d 900]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered November 8, 1991.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Balkin, Cohen and Barros, JJ., concur.